(92 South. 926)

SOUTHERN RY. CO. v. LOVELL. (7 Div. 778.) (Court of Appeals of Alabama. June 1, 1922.) Appeal from Circuit Court, St. Clair County; O. A. Steele, Judge. Knox, Acker, Sterne & Liles, of Anniston, for appellant. M. M. Smith, of Pell City, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(92 South. 926)

STAGGS v. STATE. (8 Div. 850.) (Court of Appeals of Alabama. April 4, 1922.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.

(92 South. 926)

STANDARD FIRE INS. CO. v. ROWELL. (5 Div. 381.) (Court of Appeals of Alabama. April 13, 1922.) Appeal from Circuit Court, Lee County; Lum Duke, Judge. E. H. Glenn, of Opelika, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(92 South. 926)

STANLEY v. STATE. (4 Div. 754.) (Court of Appeals of Alabama. Feb. 7, 1922.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

(88 South. 926)

STATE v. ALLISON. (6 Div. 867.) (Court of Appeals of Alabama. March 9, 1921.) Appeal from Circuit Court, Jefferson County; Romain Boyd, Judge. J. R. Allison brought habeas corpus to be granted bail. From an order allowing bail, the State appeals. Affirmed. J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State. John W. Altman, of Birmingham, for appellee.

BRICKEN, P. J. Appellee, J. R. Allison, was indicted at the July, 1920, term of the circuit court of Jefferson county for the offense of murder in the first degree. The indictment was filed in court on September 24, 1920. The offense charged being prima facie not bailable, the accused petitioned the Honorable Romaine Boyd, judge of said court, for writ of habeas corpus, and the cause was tried and determined by him on October 2, 1920. From an order allowing petitioner bail in the sum of $10,000 the state appeals. For obvious reasons we shall refrain from a discussion of the testimony, which has been carefully considered. Having regard to the weight which should be accorded by the revising court to the judgment of the primary tribunal, when the same is presented for review on appeal (Ex parte Sloane, 95 Ala. 22, 11 South. 14; Ex parte McAnally, 53 Ala. 495, 25 Am. Rep. 646; Ex parte Nettles, 58 Ala. 268), we are of the opinion, after a careful consideration of the entire record, that there was no error in the order made and enter-ed, granting the petition and allowing the defendant bail, and the order appealed from is affirmed. Affirmed.

(89 South. 926)

STATE v. DRUMMOND. (6 Div. 900.) (Court of Appeals of Alabama. May 31, 1921.) Appeal from Circuit Court, Walker County; T. L. Sowell, Judge. Harwell G. Davis, Atty. Gen. and J. M. Pennington, Sol., of Jasper, for the State. L. D. Gray and Leith & Powell, all of Jasper, for appellee.

SAMFORD, J. Appeal by state from an order admitting Freeman Drummond to bail. We cannot say that the findings in this case are error. Affirmed.

(89 South. 926)

STATE v. McELRITH. (6 Div. 840.) (Court of Appeals of Alabama. May 17, 1921.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.

(93 South. 927)

STATE v. ROYLE. (1 Div. 493.) (Court of Appeals of Alabama. Oct. 4, 1922.) Appeal from Circuit Court, Washington County; Ben D. Turner, Judge. Application by Donie Royle against the State of Alabama for writ of habeas corpus. From an order allowing the petitioner bail, the State appeals. Affirmed. F. E. Poole, Sol., of Grove Hill, for the State. John E. Adams, of Chatom, for appellee.

BRICKEN, P. J. This is an appeal by the state from an order of the circuit judge allowing the petitioner bail in a habeas corpus proceeding. The appeal is taken by the solicitor, in behalf of the state, under the provisions of section 6245 of the Code of 1907. The petitioner, Donie Royle, while confined in the county jail under an indictment charging her with murder in the first degree, brought habeas corpus to determine whether or not she was entitled to bail. We have examined the testimony, and are of the opinion that the court properly allowed the petitioner bail, and the order appealed from is in all things affirmed. Affirmed.

(89 South. 926)

STATE v. SEXTON et al. (4 Div. 663.) (Court of Appeals of Alabama. June 14, 1921.) Appeal from Circuit Court, Crenshaw County; A. E. Gamble, Judge. Harwell G. Davis, Atty. Gen., and W. H. Stoddard, Sol., of Luverne, for the State. James J. Mayfield, of Montgomery, for appellees.

PER CURIAM. Appeal dismissed.